

# Fourth Court of Appeals
## San Antonio, Texas

May 21, 2021

No. 04-21-00146-CV

**IN THE INTEREST OF J.A.M. AND M.J.C., CHILDREN**,

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-PA-00682
Honorable Charles E. Montemayor, Judge Presiding

## O R D E R

Elva Chapa's Notification of Late Reporter's Record is hereby GRANTED.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of May, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court